UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-18777 |
| Joseph A. Coliskey | Hearing Date: 11/22/17 at 10:00 am |
| | Judge: Michael B. Kaplan |
| | Chapter: 13 |

## ORDER TO SHOW CAUSE
### WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having noted that  Denise E. Carlon  was directed to file:

#24 ORDER TO BE SUBMITTED  and that the document has not been filed, it is hereby

ORDERED that  Denise E. Carlon  shall show cause on  11/22/2017  at  10:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

- ☒ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph A. Coliskey  
    Debtor

Case No. 16-18777-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db         +Joseph A. Coliskey,    73 West Shenendoah Road,    Howell, NJ 07731-9022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        George E Veitengruber, III    on behalf of Debtor Joseph A. Coliskey Gveitengruberesq@gmail.com,  
         knapolitano15@gmail.com  
        Tammy L. Terrell    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, as servicer for MTGLQ  
         INVESTORS, L.P. bankruptcy@feinsuch.com  
                                                                                                                      TOTAL: 5