Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–18777–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. Coliskey
   73 West Shenendoah Road
   Howell, NJ 07731

Social Security No.:
   xxx–xx–9209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/17/18 at 10:00 AM

to consider and act upon the following:

34 − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 73 West Shenendoah Road, Howell NJ 07731. Fee Amount $ 181. filed by Creditor MTGLQ INVESTORS, L.P., 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MTGLQ INVESTORS, L.P.. Objection deadline is 03/22/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/23/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court