Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 16−18777−MBK
    Chapter: 13
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. Coliskey
   73 West Shenendoah Road
   Howell, NJ 07731

Social Security No.:
   xxx−xx−9209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/17/18 at 10:00 AM

to consider and act upon the following:

*34* − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 73 West Shenendoah Road, Howell NJ 07731. Fee Amount $ 181. filed by Creditor MTGLQ INVESTORS, L.P., 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MTGLQ INVESTORS, L.P.. Objection deadline is 03/22/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/23/18

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Joseph A. Coliskey
    Debtor

Case No. 16-18777-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2018
                         Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db          +Joseph A. Coliskey,    73 West Shenendoah Road,    Howell, NJ 07731-9022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
           Albert    Russo     docs@russotrustee.com
           Denise E. Carlon     on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           George E Veitengruber, III     on behalf of Debtor Joseph A. Coliskey Gveitengruberesq@gmail.com,
            knapolitano15@gmail.com
           Tammy L. Terrell     on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, as servicer for MTGLQ
            INVESTORS, L.P. bankruptcy@feinsuch.com
           William M.E. Powers, III     on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 6