| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 230875-5<br>Attorneys for Movant: Legacy Mortgage Asset Trust 2021-GS1 | |
| In Re:<br><br>Joseph A. Coliskey | Case No.: 16-18777-MBK<br>Chapter 13<br><br>Hearing Date: September 27, 2023<br>Time: 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

## RESPONSE TO MOTION TO DETERMINE MORTGAGE FEES AND EXPENSES

I, Roger Fay, in response to the Debtor's motion, states as follows:

1. I am the attorney for the secured creditor, Legacy Mortgage Asset Trust 2021-GS1 (hereinafter "Secured Creditor"), in the above referenced matter, the holder of a first mortgage on the property.

2. Secured Creditor has requested a ledger from the Trustee and is awaiting same. A full reconciliation of payments cannot be completed at this time without the ledger.

3. Secured Creditor requested consent to adjourn matter from Debtor's counsel to allow time for the research. Debtor's counsel has not responded.

                                            Albertelli Law

                                            Attorney for Secured Creditor

Dated: September 21, 2023       BY: /s/ Roger Fay

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 230875-5<br>Attorneys for Movant: Legacy Mortgage Asset Trust 2021-GS1 | |
| In Re:<br><br>Joseph A. Coliskey | Case No.: 16-18777-MBK<br>Chapter 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, <u>Roger Fay, Esquire</u>:

    ☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 21, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    *Response To Motion To Determine Mortgage Fees and Expenses*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


DATED: September 21, 2023                             /s/ Roger Fay

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| George E Veitengruber, III<br>Veitengruber Law LLC<br>1720 Highway 34<br>Suite 10<br>Wall, NJ 07727 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph A. Coliskey<br>73 West Shenendoah Road<br>Howell, NJ 07731 | | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.