Karena J. Straub, Esq.
**HINSHAW & CULBERTSON LLP**
343 Thornall Street, Suite 640
Edison, New Jersey 08837
Tel: 908-374-0325
Fax: 908-374-0345
kstraub@hinshawlaw.com
*Counsel for*
Legacy Mortgage Asset Trust 2021-GS1, assignee
of MTGLQ Investors, L.P. and
Select Portfolio Servicing, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Joseph Coliskey<br><br>Debtor. | Case No.: 16-18777-MBK<br>Chapter: 13<br>The Hon. Michael B. Kaplan |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Karena J. Straub, Esq., of Hinshaw & Culbertson LLP, located at 343 Thornall Street, Suite 640, Edison, New Jersey 08837, has been retained as counsel for secured creditor Legacy Mortgage Asset Trust 2021-GS1, assignee of MTGLQ Investors, L.P. and Select Portfolio Servicing, Inc.  Copies of all pleadings, orders, notices and other documents should henceforth also be served on Hinshaw & Culbertson LLP.

Dated: January 23, 2024

                                              **HINSHAW & CULBERTSON LLP**

                                              By: /s/ *Karena J. Straub*
                                                    Karena J. Straub, Esq.
                                                    343 Thornall Street, Suite 640
                                                    Edison, New Jersey 08837
                                                    (908) 374-0325

I hereby certify that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all appearing parties.

By: */s/ Karena J. Straub*
Karena J. Straub, Esq.